IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.I.C., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 4:25-cv-21-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| DEPARTMENT OF HOMELAND : | |
| SECURITY, : | |
| : | |
| Respondent. : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on January 15, 2025 (ECF No. 1). Petitioner, however, failed to pay the filing fee. Instead, he filed a motion to proceed without the prepayment of the filing fee (*in forma pauperis* ("IFP")) (ECF No. 2). While Petitioner alleges that he is unable to pay the $5.00 filing fee, he did not provide enough information for the Court to make that determination.

Consequently, within **FOURTEEN (14) DAYS** of the date of this Order, Petitioner is **ORDERED** to either (1) pay the $5.00 filing fee; or (2) file a complete long-form application to proceed IFP for non-prisoners. While this case is pending, Petitioner must promptly inform the Court in writing as to any change in his mailing address. Petitioner's failure to fully and timely comply with this Order may result in the dismissal of this action.

The Clerk is **DIRECTED** to forward to Petitioner a blank a non-prisoner long-form application to proceed IFP (with the civil action number appearing on the form).

There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 21st day of January, 2025.

                                             s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE