IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.I.C., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-21-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| DEPARTMENT OF HOMELAND SECURITY, | : |
| | : |
| Respondent. | : |

## ORDER

On March 18, 2025, Petitioner filed a motion seeking copies of documents that he filed in this case based on his indigent status (ECF No. 11).  However, indigent status by itself is not a basis for the Court to provide copies to a litigant at the Government's expense.  *See Easley v. Dep't of Corr.*, 590 F. App'x 860, 868 (11th Cir. 2014) (citing *Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993)).  Further, as the Clerk's office notified Petitioner, he may obtain copies for a nominal fee.  *See* Letter, Mar. 18, 2025, ECF No. 12).  Consequently, Petitioner's motion seeking copies of documents (ECF No. 11) is **DENIED**.

**SO ORDERED**, this 14th day of April, 2025.

                                               s/ *Amelia G. Helmick*
                                               UNITED STATES MAGISTRATE JUDGE